# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TAMIKA PROFIT, INDIVIDUALLY** | * | **CIVIL ACTION NO: 2:23-cv-7103** |
| **AND ON BEHALF OF HER MINOR** | * | |
| **SON, J.Q.** | * | |
| | * | **DIVISION 1** |
| **VERSUS** | * | |
| | * | |
| **GERMANIQUE C. COLEMAN,** | * | **MAGISTRATE JUDGE:** |
| **HARRY BRANDON, AIRBNB, INC.** | * | **JANIS VAN MEERVELD** |
| **AND GENERALI-U.S. BRANCH** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

**NOTICE IS GIVEN** by Plaintiff, Tamika Profit, individually and on behalf of her minor son, J.Q., who hereby appeals to the United States Court of Appeals for the Fifth Circuit the Order and Reasons dismissing parties to the litigation and denying the remand of the matter (Doc. 31) filed on September 19, 2024, by Order dated September 18, 2024, and the Order and Reasons dismissing claims and compelling arbitration (Doc. 32) filed on September 19, 2024, by Order dated September 19, 2024, both decisions issued in the United States District Court for the Eastern District of Louisiana in the case of *Tamika Profit, Individually and on behalf of her minor son, J.Q. v. Germanique C. Coleman, Harry Brandon, Airbnb, Inc., and Generali – U.S. Branch* bearing docket number 2:23-cv-7103.

The parties to the orders appealed from, and the names and addresses of their respective counsel, are as follows:

| | |
|---|---|
| **V. Jacob Garbin**         ) <br> *Counsel for Tamika Profit*   ) <br> Garbin Law Firm, LLC        ) <br> 535 Derbigny Street         ) <br> Gretna, Louisiana 70053     ) <br> (504)217-5454               ) <br> (504)217-5300 (fax)          ) <br> jacob@garbinlaw.com          ) | **Jeffrey Scott Loeb** <br> **Jonas Peyton Baker** <br> *Counsel for Brandon Harry* <br> Loeb Law Firm <br> 1180 W. Causeway Approach <br> Mandeville, LA 70471 <br> 985-778-0220 <br> 985-246-5639 (fax) <br> sloeb@loeb-law.com <br> jbaker@loeb-law.com |
| **Sean Marc Anderson**       ) <br> **Kelsey Ann St Romain**     ) <br> *Counsel for Tamika Profit*  ) <br> Anderson St. Romain, LLC    ) <br> 4833 Conti                  ) <br> Ste 108                     ) <br> New Orleans, LA 70119       ) <br> 504-488-8855                ) <br> 504-486-1666 (fax)          ) <br> seananderson@alumni.lsu.edu ) <br> kelsey@andersonst.com       ) | **Lori D. Barker** <br> **Christopher Jude Seemann** <br> **Kathryn T. Trew** <br> *Counsel for* <br> *Germanique Coleman* <br> Wood Smith <br> 1100 Poydras Street <br> Ste 2900 <br> New Orleans, LA 70163 <br> 504-386-9850 <br> lbarker@wshblaw.com <br> cseemann@wshblaw.com <br> ktrew@wshblaw.com |
| **Tarak Anada**              ) <br> **Marisa Del Turco**         ) <br> **Avery Bryce Pardee**       ) <br> *Counsel for Airbnb, Inc.*   ) <br> Jones Walker (New Orleans)  ) <br> Place St. Charles           ) <br> 201 St. Charles Ave.        ) <br> Suite 5100                  ) <br> New Orleans, LA 70170       ) <br> 504-582-8322                ) <br> tanada@joneswalker.com      ) <br> mdelturco@joneswalker.com   ) <br> apardee@joneswalker.com     ) | **Tucker Tyler Bohren** <br> **Jay Russell Sever** <br> *Counsel for Generali US Branch* <br> Phelps Dunbar, LLP <br> 365 Canal Street <br> Ste 2000 <br> New Orleans, LA 70130 <br> 504-584-9204 <br> 504-568-9130 (fax) <br> tucker.bohren@phelps.com <br> jay.sever@phelps.com |

**Katrine Leana Hyde**
*Counsel for Generali US Branch*
Kennedys CMK LLP
120 Mountain View Blvd.
P.O.Box 650
Basking Ridge, NJ 07920
908-605-2908
908-848-6310 (fax)
kate.hyde@kennedyscmk.com

          Respectfully submitted,

          /s/ V. Jacob Garbin
          V. JACOB GARBIN, LA BAR # 27808
          Garbin Law Firm, LLC
          535 Derbigny Street
          Gretna, Louisiana 70053
          Telephone: (504) 217-5454
          Facsimile: (504) 217-5300
          jacob@garbinlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above Notice of Appeal was forwarded to all counsel, including the following:

| | |
|---|---|
| **V. Jacob Garbin** | **Jeffrey Scott Loeb** |
| *Counsel for Tamika Profit* | **Jonas Peyton Baker** |
| Garbin Law Firm, LLC | *Counsel for Brandon Harry* |
| 535 Derbigny Street | Loeb Law Firm |
| Gretna, Louisiana 70053 | 1180 W. Causeway Approach |
| (504)217-5454 | Mandeville, LA 70471 |
| (504)217-5300 (fax) | 985-778-0220 |
| jacob@garbinlaw.com | 985-246-5639 (fax) |
| | sloeb@loeb-law.com |
| | jbaker@loeb-law.com |
| | |
| **Sean Marc Anderson** | |
| **Kelsey Ann St Romain** | **Lori D. Barker** |
| *Counsel for Tamika Profit* | **Christopher Jude Seemann** |
| Anderson St. Romain, LLC | **Kathryn T. Trew** |
| 4833 Conti | *Counsel for* |
| Ste 108 | *Germanique Coleman* |
| New Orleans, LA 70119 | Wood Smith |
| 504-488-8855 | 1100 Poydras Street |
| 504-486-1666 (fax) | Ste 2900 |
| seananderson@alumni.lsu.edu | New Orleans, LA 70163 |
| kelsey@andersonst.com | 504-386-9850 |
| | lbarker@wshblaw.com |
| **Tarak Anada** | cseemann@wshblaw.com |
| **Marisa Del Turco** | ktrew@wshblaw.com |
| **Avery Bryce Pardee** | |
| *Counsel for Airbnb, Inc.* | **Tucker Tyler Bohren** |
| Jones Walker (New Orleans) | **Jay Russell Sever** |
| Place St. Charles | *Counsel for Generali US Branch* |
| 201 St. Charles Ave. | Phelps Dunbar, LLP |
| Suite 5100 | 365 Canal Street |
| New Orleans, LA 70170 | Ste 2000 |
| 504-582-8322 | New Orleans, LA 70130 |
| tanada@joneswalker.com | 504-584-9204 |
| mdelturco@joneswalker.com | 504-568-9130 (fax) |
| apardee@joneswalker.com | tucker.bohren@phelps.com |
| | jay.sever@phelps.com |

**Katrine Leana Hyde**
*Counsel for Generali US Branch*
Kennedys CMK LLP
120 Mountain View Blvd.
P.O. Box 650
Basking Ridge, NJ 07920
908-605-2908
908-848-6310 (fax)
kate.hyde@kennedyscmk.com


Via the CM/ECF on this the 30th day of September, 2024.


        /s/ V. Jacob Garbin
        V. JACOB GARBIN